IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MOSES MARVIN KEITH MIKE, )
)
Petitioner, )
)
v. ) CASE NO. CV414-162
) CR413-005
UNITED STATES OF AMERICA, )
)
Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 6), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Petitioner's § 2255 motion is hereby **DENIED** and this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of August 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA